DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway • Henderson, Nevada 89074
(702) 388-1216 • Fax: (702) 388-2514

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:24-mj-353-EJY |
| v. ) | |
| ) | **ORDER TO CLOSE THE CASE** |
| BRUCE CHARLES HENAULT, ) | |
| ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Bruce Henault has successfully completed the conditions of his sentencing.

/ / / /

/ / / /

/ / / /

-1-

## ORDER

IT IS HEREBY ORDERED that the defendant is allowed to withdraw his guilty plea to count one and that the count one be amended to reckless driving.

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned manner case be closed, as all requirements have been completed.

DATED, this ___19th___ day of August, 2025

_____
UNTIED STATES MAGISTRATE JUDGE